JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABIE GARCIA, SR., <br>     Plaintiff, <br> v. <br> NANCY A. BERRYHILL, *Acting Commissioner of Social Security*, <br>     Defendant. | Case No. SA CV 16-1749 JCG <br><br> **JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the Court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

DATED: August 24, 2017

_____
Hon. Jay C. Gandhi
United States Magistrate Judge